## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **Case No. 4:17-cv-03068-MDN** |
| **v.** | ) | |
| | ) | |
| **HERITAGE BANK, a Nebraska Bank** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

### NOTICE OF SERVICE OF JUDGMENT AND ORDER

The undersigned certifies that a copy of the Court's Judgment and Order (Doc. # 8) was served by email on Defendant, through its counsel, on July 10, 2017.

Defendant, again through its counsel, acknowledged receipt of signed the Judgment and Order, on July 11, 2017.

Respectfully submitted,

**s/ Grant R. Doty**
Missouri Bar Number: 60788
Trial Attorney for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
Telephone: (314) 539-7918
Fax: (314) 539-7895
Email: grant.doty@eeoc.gov

ATTORNEY FOR PLAINTIFF
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system on July 12, 2017 and by email on:

David J. Routh
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER LLP
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095

Email: drouth@clinewilliams.com

s/ Grant R. Doty

2